was defective, have ordered that the board conduct a new hearing on the plaintiff's appeal after giving proper notice thereof?"

*Mark K. Branse,* in support of the petition.

*Duncan J. Forsyth,* in opposition.

Decided November 13, 1991

---

ALAN J. KOEPKE *v.* ZONING BOARD OF APPEALS OF THE TOWN OF COVENTRY ET AL.

The plaintiff's cross petition for certification for appeal from the Appellate Court, 25 Conn. App. 611, is denied.

*Duncan J. Forsyth,* in support of the petition.

*Mark K. Branse,* in opposition.

Decided November 13, 1991

---

GLORIA GAGNE, ADMINISTRATRIX (ESTATE OF MICHELLE GAGNE) *v.* NATIONAL RAILROAD PASSENGER CORPORATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 74, is denied.

*Lester Katz,* in support of the petition.

*Andrew O'Keefe,* in opposition.

Decided November 13, 1991

---

GEORGE TREMBLAY ET AL. *v.* MICHAEL K. PATENAUDE

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Jean M. Stawicki,* in support of the petition.

Decided November 13, 1991